IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>JOY O. MACLIN,<br><br>Debtor.<br><br>BANK OF AMERICA, N.A.,<br><br>    Appellant,<br><br>v.<br><br>JOY O. MACLIN,<br><br>    Appellee. | Case No. 1:14-cv-04100-MHC |

## ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order Granting Motion to Strip Lien, entered by the United States Bankruptcy Court for the Northern District of Georgia (Sacca, J.) on November 18, 2014, is hereby **AFFIRMED**.

**SO ORDERED**, this 27th day of January, 2015.

_____
MARK H. COHEN
UNITED STATES DISTRICT JUDGE

1