UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOY O. MACLIN,<br><br>　　　　　Debtor, | BANKRUPTCY CASE NO.<br>13-76374-JRS |
| BANK OF AMERICA, N.A.,<br><br>　　　　　Appellant,<br>vs. | ADVERSARY NO. |
| JOY O. MACLIN,<br><br>　　　　　Appellee. | CIVIL ACTION FILE<br>NO. 1:14-cv-4100-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of the appeal of the bankruptcy order entered November 18, 2014, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 27th day of January, 2015.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　　s/Jill Ayers
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　January 27, 2015
James N. Hatten
Clerk of Court

By:　s/Jill Ayers
　　　　Deputy Clerk