# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

January 27, 2015

M. Regina Thomas, Clerk  
United States Bankruptcy Court  
Northern District of Georgia  
75 Spring Street, Room 1340  
Atlanta, Georgia   30303

    Re:    Civil Action No. 1:14-cv-4100-MHC  
            Bankruptcy No.  13-76374-JRS  
            Adversary No.

            JOY O. MACLIN, Debtor

Dear Ms. Thomas:

      Enclosed please find a certified copy of the order affirming the November 18, 2014 order of the United States Bankruptcy Court for the Northern District of Georgia granting Motion to Strip Lien.

                          Sincerely,

                          James N. Hatten  
                          District Court Executive  
                          and Clerk of Court

                  By:    s/Jill Ayers  
                         Deputy Clerk

Enclosures